# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0113
LT Case No. 2020-CF-4750-A

_____

BLAYKE JORDAN MORRIS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
James H. Daniel, Judge.

Ryan Edward McFarland, of Kent & McFarland, Jacksonville for
Appellant.

Ashley Moody, Attorney General, and David Welch, Assistant
Attorney General, Tallahassee, for Appellee.

July 9, 2024

PER CURIAM.

    AFFIRMED.

LAMBERT, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____